UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:11-cv-01703-WTL-DML ) |
| MIDWEST INDEPENDENT TRANSMISSION SYSTEMS OPERATOR, INC., | ) ) ) ) |
| Defendant. | ) |

## Entry and Order from June 28, 2013

The parties, by counsel, appeared for a telephone conference on July 2, 2013, with the magistrate judge. The parties encountered three items of disagreement in the preparation of documents following the conference held on June 28, 2013, and agreed to abide by the court's guidance on those items. Counsel are directed to complete preparation of those documents consistent with the court's guidance and submit them to the court for approval.

So ORDERED.

Date:  07/08/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system